```
                                                    FILED
                                                  JAN 25 2012
1  DANNY D. BRACE, JR., #114466                CLERK, U.S. DISTRICT COURT
   LAW OFFICE OF DANNY D. BRACE, JR.           EASTERN DISTRICT OF CALIFORNIA
2  901 H Street, Suite 500                     BY_____
   Sacramento, CA  95814                              DEPUTY CLERK
3  (916) 552-6660
   Fax: (916) 447-0592
4  Attorney for Juvany Herrera-Felix
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12 MJ 00011 EFB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | |
| JUVANY HERRERA-FELIX | |
| Defendant | |

The parties agree that time beginning January 27, 201 and extending through February 13, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

Defendant Juvany Herrera-Felix has just been released on a secured $150,000.00 appearance bond and waives time for continuance of the Preliminary Hearing to February 13, 2012..

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the January 27, 2012, Magistrate Judge Drozd's calendar and be rescheduled to Magistrate Judge Newman's February 13, 2012 calendar at 2:00 p.m..

Respectfully submitted,

Date: 1-25-12         By:   /s/ Danny D. Brace, Jr.,
                            DANNY D. BRACE, JR.,
                            Attorney for
                            Juvany Herrera-Felix

Date: 1-25-12         By:   /s/ Todd Leras
                            Authorized to sign for Mr. Leras
                            On January 25, 2012
                            TODD LERAS
                            Assistant U.S. Attorney

IT IS SO ORDERED:
Dated: 1/25/12

*Dale A. Drozd*

HON. DALE A. DROZD
Magistrate Judge U.S. District Court
Eastern District of California