DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Juvany Herrera-Felix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12 MJ 00011 EFB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | |
| JUVANY HERRERA-FELIX | |
| Defendant | |

The parties agree that time beginning March 12, 2012 and extending through April 16, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

Defendant Juvany Herrera-Felix has been released on a secured $150,000.00 appearance bond and waives time for continuance of the Preliminary Hearing to April 16, 2012.

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the March 12, 2012 Magistrate Judge's calendar and be rescheduled to April 16, 2012 at 2:00 p.m. before the assigned Magistrate Judge.

Respectfully submitted,

Date:   3-7-12     By:     /s/ Danny D. Brace, Jr.,
                           DANNY D. BRACE, JR.,
                           Attorney for
                           Juvany Herrera-Felix


Date:   3-7-12     By:     /s/ Todd Leras
                           Authorized to sign for Mr. Leras
                           On March 7, 2012
                           TODD LERAS
                           Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:   March 7, 2012**

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE