DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Juvany Herrera-Felix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVANY HERRERA-FELIX<br><br>Defendant | Case No.: 2:12 MJ 00011 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning July 31, 2012 and extending through September 10, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

Defendant Juvany Herrera-Felix has been released on a secured $150,000.00 appearance bond and waives time for continuance of the Preliminary Hearing to September 10, 2012. The parties are requesting additional time for attorney preparation as they are working towards a pre-indictment resolution.

1       The parties further request that this matter be taken off the July 31, 2012 Magistrate

2 Judge's calendar and be rescheduled to September 10, 2012 at 2:00 p.m. before the assigned

3 Magistrate Judge.

                                      Respectfully submitted,

Date:  7-30-12                                            By:    /s/ Danny D. Brace, Jr.,
                                                                       DANNY D. BRACE, JR.,
                                                                       Attorney for
                                                                       Juvany Herrera-Felix

Date:  7-30-12                                            By:    /s/ Todd Leras
                                                                       Authorized to sign for Mr. Leras
                                                                       On July 30, 2012
                                                                       TODD LERAS
                                                                       Assistant U.S. Attorney

So Ordered.

DATED:  July 30, 2012.                    /s/ Edmund F. Brennan
                                                   EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE