DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Juvany Herrera-Felix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVANY HERRERA-FELIX,<br><br>Defendant | Case No.: 2:12 MJ 00011 EFB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, JUVANY HERRERA-FELIX by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 10, 2012.

2. By this stipulation, the defendant now moves to continue the status conference until October 15, 2012, and to exclude time between September 10, 2012, and October 15, 2012 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The parties represent that defendant is out of custody and waives time for the continuance.

b. Counsel for the defendant desire additional time to consult with his client to

STIP AND ORDER TO EXTEND TIME - 1

discuss potential resolutions.

   c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2012, to October 15, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 9-5-12                                By: /s/ Danny D. Brace, Jr.,
                                                DANNY D. BRACE, JR.,
                                                Attorney for
                                                Juvany Herrera-Felix

| | |
|---|---|
| Date: 9-5-12 | By: /s/ Todd Leras<br>Authorized to sign for Mr. Leras<br>On September 5, 2012<br>TODD LERAS<br>Assistant U.S. Attorney |

**IT IS SO FOUND AND ORDERED:**

**Dated: September 6, 2012**
**/s/ Gregory G. Hollows**
_____
MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA