```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  Mag. 2:12-mj-011 EFB
12           Plaintiff,          )
                                 )  STIPULATION AND [PROPOSED]
13                               )  ORDER CONTINUING PRELIMINARY
         v.                      )  HEARING
14                               )
    JUVANY HERRERA-FELIX,        )
15                               )
             Defendant.          )
16  _____)
17
18
19      IT IS HEREBY STIPULATED between Plaintiff United States of
20  America, by and through Assistant United States Attorney Todd D.
21  Leras, and Danny D. Brace, Counsel for Defendant Juvany Herrera-
22  Felix, that the preliminary hearing scheduled for October 15,
23  2012, be continued to December 3, 2012, at 2:00 p.m.
24      The parties have been working toward a pre-indictment
25  resolution of this matter and continue to conduct investigation
26  related to that process.  In light of continuing investigation
27  being conducted relevant to the potential disposition, both
28  parties are requesting additional time for attorney preparation.
```

1

The government and defendant agree that the combination of settlement discussions and continuing investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including December 3, 2012.

Danny Brace agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: October 12, 2012   By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

DATED: October 12, 2012   By: /s/ Todd D. Leras for
                              DANNY D. BRACE, JR.
                              Attorney for Defendant
                              JUVANY HERRERA-FELIX

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for October 15, 2012, is continued to December 3, 2012, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including December 3, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

SO ORDERED.

Date: October 12, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE