1 │ BENJAMIN B. WAGNER
   │ United States Attorney
2 │ TODD D. LERAS
   │ Assistant U.S. Attorney
3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
4 │ Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )    2:12-MJ-011 EFB
12              Plaintiff,          )
                                    )    GOVERNMENT'S MOTION
13         v.                       )    TO DISMISS AND
                                    )    ORDER
14 JUVANY HERRERA-FELIX,            )
                                    )    Date: April 30, 2013
15              Defendant.          )    Time: 2:00 p.m.
   _____ )    Hon. Carolyn K. Delaney
16

17

18      Plaintiff United States of America hereby moves, consistent

19 with the Principles of Federal Prosecution, to dismiss without

20 prejudice under Rule 48(a) of the Federal Rules of Criminal

21 Procedure the charge in the criminal complaint against defendant

22 Juvany Herrera-Felix.  Based on post-arrest information and

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

investigation, the government believes that is in the interest of justice to dismiss without prejudice the pending criminal complaint against defendant Juvany Herrera-Felix.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: April 29, 2013           /s/ Todd D. Leras  
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The government's motion to dismiss without prejudice the charges in the Criminal Complaint against defendant Juvany Herrera-Felix is granted.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Government's Motion to Dismiss   2